# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV69

| | |
|---|---|
| KATHY B. SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRIFFIN PIPE PRODUCTS CO., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. On December 6, 2006, a report of mediation was filed (Document No. 15) indicating that a settlement of the case had been reached and that the "Court should expect a stipulation of dismissal with prejudice to be filed within approximately 30 days."

**IT IS, THEREFORE, ORDERED** that the parties shall file a **STIPULATION OF DISMISSAL**, or in the alternative, a joint status report on or before **April 30, 2007**.

Signed: April 9, 2007

David C. Keesler
United States Magistrate Judge